UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,**     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2123** |
| **JAMES M LEBLANC, ET AL.,**     **Defendants** | **SECTION: "E" (2)** |

### ORDER

Considering the joint motion for imposition of a stipulated briefing schedule;[1]

**IT IS ORDERED** that the motion is **GRANTED**. Defendants shall file their opposition to Plaintiffs' motion for a preliminary injunction on or before **Monday, July 17, 2023**.[2] Plaintiffs shall file a reply in support of their motion for a preliminary injunction on or before **Friday, July 21, 2023**.

Likewise, Defendants shall file their motion to dismiss on or before **Monday, July 10, 2023**. Plaintiffs shall file their opposition on or before **Wednesday, July 26, 2023**. Defendants shall file their reply in support of their motion to dismiss on or before **Friday, July 28, 2023**.

Any motion containing more than 50 pages (including all exhibits and attachments) shall be submitted to the Court in a binder, with tabs for exhibits, within 72 hours of filing on CM/ECF. The hard copy of the submissions must be printed from CM/ECF so that the CM/ECF document header appears on all pages indicating the case number, record document number, filing date, and page number. The cover of the binder must include the case name, case number, document name, and record document

---

[1] R. Doc. 12.
[2] Plaintiffs consent to Defendants' request for leave to file a 28-page brief. Likewise, the Court grants Defendants' request.

number. If there are more than five (5) exhibits and attachments, the binder must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment.

**IT IS FURTHER ORDERED** that the parties are to comply with the following deadlines:

| | |
|---|---|
| Defendants' motion to dismiss | Filed and served no later than **July 10, 2023** |
| Defendants' opposition to Plaintiffs' motion for a preliminary injunction | Filed and served no later than **July 17, 2023** |
| Plaintiffs' reply in support of their motion for a preliminary injunction | Filed and served no later than **July 21, 2023** |
| Plaintiffs' opposition to Defendants' motion to dismiss | Filed and served no later than **July 26, 2023** |
| Defendants' reply in support of their motion to dismiss | Filed and served no later than **July 28, 2023** |

**New Orleans, Louisiana, this 7th day of July, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

2