UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,** <br>       Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2123** |
| **JAMES M LEBLANC, ET AL.,** <br>       Defendants | **SECTION: "E" (2)** |

### ORDER

Considering Defendants' Motion to Dismiss[1] and the related filings;[2]

**IT IS ORDERED** that the Court will hear oral argument on the motion on **Wednesday, August 23, 2023, at 3:00 p.m.** The Defendants will have 20 minutes to argue their motion, and Plaintiffs will have 20 minutes to respond.

**New Orleans, Louisiana, this 9th day of August, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.
[2] R. Docs. 22, 23.