MINUTE ENTRY
MORGAN, J.
August 17, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,** <br> **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2123** |
| **JAMES M. LEBLANC, ET AL.,** <br> **Defendants** | **SECTION: "E" (2)** |

## MINUTE ENTRY

A telephone status conference was held on August 17, 2023, at 10:00 a.m., in the chambers of Judge Susie Morgan.

Present:  Jeffery Sandman, counsel for Plaintiffs, Free Speech Coalition, Inc., Deep Connection Technologies, Inc., Charyn Pfeuffer, Elizabeth Hanson, and JFF Publications, LLC; Shae McPhee and Jordan Redmon, counsel for Defendants, James M. LeBlanc, Jay Dardenne, and Jeffrey Landry.

The parties discussed the status of the case.

**IT IS ORDERED** that Defendants' Motion to Clarify [1] is **GRANTED.** The responsive pleading deadline for all Defendants is continued until **14 days** after the Court rules on Defendants' forthcoming amended Motion to Dismiss.

---
[1] R. Doc. 27.

1

**IT IS FURTHER ORDERED** that Plaintiffs are given leave to file an amended and restated Complaint **on or before Monday, August 28, 2023.**[2] If such a Complaint is filed, Defendants have **10 days** from its filing to file any amended Motion to Dismiss. Plaintiffs have **7 days** from the filing of any amended Motion to Dismiss to file a response in opposition. Defendants will have **3 days** from the filing of any response to file a reply. The Court will hold oral argument on any amended Motion to Dismiss on **Wednesday, September 20, 2023, at 3:00 p.m.** Defendants will have 20 minutes to argue their motion, and Plaintiffs will have 20 minutes to respond.

**IT IS FURTHER ORDERED** that an in-person status conference is set for **Tuesday, September 5, 2023, at 9:00 a.m.** At that time, if D. Gill Sperlein is enrolled as counsel for Plaintiffs, he may participate by telephone. Instructions to join by telephone will be provided by email.

New Orleans, Louisiana, this 18th day of August, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:18)

---

[2] Any amended and restated Complaint Plaintiffs file must clearly articulate the declaratory and injunctive relief Plaintiffs seek respect to Defendants, and it should accurately state the causes of action Plaintiffs assert. Plaintiffs must fully restate all allegations and prayers for relief in their amended and restated Complaint. The Court will not accept any amended and restated Complaint that merely adopts all or part of the original Complaint by reference.