UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,**<br>      **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO.  23-2123** |
| **JAMES M LEBLANC, ET AL.,**<br>      **Defendants** | **SECTION: "E" (2)** |

### ORDER

Due to an unforeseen conflict;

**IT IS ORDERED** that the in-person status conference scheduled for Tuesday, September 5, 2023, at 9:00 a.m.,[1] is hereby **CONTINUED** to **Monday, September 11, 2023, at 2:00 p.m.**

New Orleans, Louisiana, this 1st day of September, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 28.