UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,** | **CIVIL ACTION** |
| Plaintiffs | |
| **VERSUS** | **NO. 23-2123** |
| **JAMES M. LEBLANC, ET AL.,** | **SECTION: "E" (2)** |
| Defendants | |

# ORDER

Considering Plaintiffs' First Amended Complaint[1] and Defendants' Motion to Dismiss for Lack of Jurisdiction[2] filed thereafter;

**IT IS ORDERED** that Defendant's first Motion to Dismiss,[3] filed July 10, 2023, is **DENIED** as moot.

**New Orleans, Louisiana, this 13th day of September, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 31.
[2] R. Doc. 35.
[3] R. Doc. 15.

1