UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREE SPEECH COALITION, INC., ET AL.,  Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 23-2123 |
| JAMES M LEBLANC, ET AL.,  Defendants | SECTION: "E" (2) |

### ORDER

Considering the Court's September 12, 2023, Minute Entry[1] consolidating argument on Defendants' Motion to Dismiss[2] and Plaintiffs' Motion for a Preliminary Injunction;[3]

The Court believes oral argument solely on the Motion to Dismiss will be most beneficial at this time. Accordingly;

**IT IS ORDERED** that the Court will hear oral argument *only* on Defendants' Motion to Dismiss on **Wednesday, September 20, 2023, at 3:00 p.m.** The Defendants will have 20 minutes to argue their motion, and Plaintiffs will have 20 minutes to respond. The Court will reschedule oral argument on Plaintiffs' Motion for a Preliminary Injunction at a later time, if needed.

As ordered in the Minute Entry,[4] a status conference will immediately follow oral argument.

**New Orleans, Louisiana, this 18th day of September, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 38.
[2] R. Doc. 35.
[3] R. Doc. 9.
[4] *See* R. Doc. 38 at p. 2.