## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,**<br>          **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO.  23-2123** |
| **JAMES M. LEBLANC, ET AL.,**<br>          **Defendants** | **SECTION: "E" (2)** |

## ORDER

Considering Defendants' Motion to Dismiss[1] and the related filings and arguments of the parties;

**IT IS ORDERED** that **on or before Wednesday, September 27, 2023**, Defendants file a supplemental memorandum, attaching affidavit(s) of person(s) with personal knowledge, informing the Court of the following:[2]

A. The identities of commercial entities providing "material harmful to minors" that are currently using, or in the past have used, LA Wallet to comply with the age-verification laws at issue in this lawsuit;

B. The fees associated with use of LA Wallet by entities (in the aggregate and on a per-use basis) and by individuals (on a per-use basis);

C. Descriptions of any "reasonable age verification methods," other than LA Wallet, that now exist and (1) comply with the requirements of La. R.S. 9:2800.29(D)(8) and La. R.S. 51:2121(D)(8) and (2) are used by commercial entities providing "material harmful to minors" to internet users in Louisiana; and

D. The identifies of commercial entities providing "material harmful to minors" that now use, or in the past have used, any of the methods identified in response to item (C), above.

Plaintiffs may file a memorandum in response or opposition, with affidavit(s), **on or before Monday, October 2, 2023.**

---

[1] R. Doc. 15.
[2] *See* statements in Supplemental Declaration of Alison Boden, R. Doc. 20-1.

1

The parties may may seek leave to file their memorandums under seal so that any filings in response to this order are available only to the Court and the parties.

**New Orleans, Louisiana, this 22nd day of September, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**