UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; ELIZABETH HENSON; and JFF PUBLICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES M. LE BLANC, in his official capacity as THE SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; JAY DARDENNE, in his official capacity as THE COMMISSIONER OF THE LOUISIANA DIVISION OF ADMINISTRATION; and JEFFREY LANDRY, in his official capacity as THE ATTORNEY GENERAL OF LOUISIANA, <br><br> Defendants. | CASE NO.: 23-cv-2123 <br><br> SECTION E |

**JOINT MOTION FOR SCHEDULING CONFERENCE
AND ENTRY OF SCHEDULING ORDER**

All parties respectfully move this Honorable Court for a scheduling conference and subsequent entry of a scheduling order pursuant to FRCP 16(b)(1)(B) & 16(b)(2) and Local Rule 16.2. The parties have stipulated to case deadlines as reflected below:

| | |
|---|---|
| Rule 26(f) Conference | At least seven working days before the scheduled preliminary conference per Local Rule 26.2(A) |
| Initial disclosures | Exchanged at Rule 26(f) conference or within 14 days after Rule 26(f) conference, unless Court orders otherwise per Fed. R. Civ. P. 26(a)(1)(C) |
| Preliminary (Rule 16(b)) conference with the Court or the Court's Case Manager | To be set by the Court |
| Amendments to pleadings, third-party actions, cross-claims, and counterclaims, with consent of all parties or by leave of Court<br><br>*See* Local Rule 7.6. | Filed and served no later than ___<br><br>**[30 days after entry of scheduling order]** |
| Plaintiffs' Expert Reports | Delivered to defense counsel by ___<br><br>**[~150 days from entry of scheduling order]** |
| Defendant's Expert Reports | Delivered to plaintiffs' counsel by ___<br><br>**[30 days after deadline for Plaintiffs' expert reports]** |
| Witness lists<br><br>Each witness must be identified by name and address. The listing of a witness as a representative of an entity is not sufficient. | Filed and served upon opponents by ___<br><br>**[same day as deadline for Defendant's expert reports]** |
| Exhibit lists<br><br>Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient. | Filed and served upon opponents by ___<br><br>**[same day as deadline for Defendant's expert reports]** |

| Depositions and Discovery | Completed by ___  [~220 days from entry of scheduling order] |
|---|---|
| Motion for Leave to Conduct Additional Discovery | Filed and served no later than ___  [deposition and discovery deadline] |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony (including dispositive and *Daubert* motions) | Filed and served no later than ___  [three weeks after close of discovery, and ~60 days before trial date] |
| Responses/Oppositions to Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony (including dispositive and *Daubert* motions) | Filed and served no later than ___  [7 days after pretrial motions deadline] |
| Pretrial Order | Filed by ___  [~24 days before trial; ~4 days before pretrial conference] |
| Pretrial Conference | ___  [~20 days before trial] |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | ___  [~19 days before trial] |
| Responses to motions in limine | ___  [~12 days before trial] |
| Final list of witnesses to be called at trial | ___ |

|  | [~11 days before trial] |
|---|---|
| Final list of exhibits | ___<br><br>[~11 days before trial] |
| Joint statement of the case | ___<br><br>[~10 days before trial] |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by ___<br><br>[~10 days before trial] |
| Objections to exhibits and supporting memoranda<br><br>Note: Each objection must identify the relevant objected-to-exhibit by the number assigned to the exhibit in the joint bench book(s) | Filed by ___<br><br>[~10 days before trial] |
| Objections to deposition testimony and supporting memoranda | Filed and delivered to the Court by ___<br><br>[~10 days before trial] |
| Responses to objections to exhibits | Filed by ___<br><br>[~5 days before trial] |
| Responses to objections to deposition testimony | Filed by ___<br><br>[ ~5 days before trial] |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects | Provided to opposing counsel by ___ |

| | |
|---|---|
| intended to be used in opening statements or closing arguments | **[~5 days before trial]** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments | Filed by ___<br><br>**[~4 days before trial]** |
| Bench Trial | ~ November 2024<br><br>**(estimated to last 5 days)** |
| *If the Court's Rule 12(b)(1) dismissal (Doc. 50) is reversed on appeal:* Any motion for leave to conduct discovery regarding the Private Enforcement Act | 14 days after the Fifth Circuit's mandate issues in connection with an opinion reversing the Court's Rule 12(b)(1) dismissal (Doc. 50) |
| *If the Court's Rule 12(b)(1) dismissal (Doc. 50) is reversed on appeal:* Any opposition to any motion for leave to conduct discovery regarding the Private Enforcement Act | 7 days after the filing of any motion for leave to conduct discovery regarding the Private Enforcement Act |

Respectfully Submitted,

Date: February 2, 2024

By  */s/ Jeffrey Sandman*

_____

Jeffrey Sandman (# 39073)
Webb Daniel Friedlander LLP

D. Gill Sperlein (*pro hac vice*)
The Law Office of D. Gill Sperlein

*Attorneys for Plaintiffs*


/s/ *Carey Tom Jones*

Carey Tom Jones (#07474)
Alicia Edmond Wheeler (#28803)
Assistant Attorneys General
Department of Justice/Civil Division
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
jonescar@ag.louisiana.gov
wheelera@ag.louisiana.gov

*Attorneys for Defendants*