# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; ELIZABETH HENSON; and JFF PUBLICATIONS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES M. LE BLANC, in his official capacity as THE SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; JAY DARDENNE, in his official capacity as THE COMMISSIONER OF THE LOUISIANA DIVISION OF ADMINISTRATION; and JEFFREY LANDRY, in his official capacity as THE ATTORNEY GENERAL OF LOUISIANA,<br><br>    Defendants. | CASE NO.: 23-cv-2123<br><br>SECTION E |

## **PROPOSED ORDER**

For the reasons articulated in the parties' Joint Motion for Scheduling Conference and Entry of Scheduling Order, that motion is hereby GRANTED.

                          _____

                            HON. SUSIE MORGAN