UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| FREE SPEECH COALITION, INC., ET AL., | CIVIL ACTION |
|---|---|
|     Plaintiffs | |
| VERSUS | NO. 23-2123 |
| JAMES M LEBLANC, ET AL., | SECTION: "E" (2) |
|     Defendants | |

### ORDER

Before the Court is Plaintiffs' Motion for a Scheduling Conference and for Entry of a Scheduling Order.[1]

**IT IS ORDERED** that a telephone conference is hereby set for **Friday, February 23, 2024, at 10:00 a.m.**, to discuss the motion. The instructions to participate have been provided to all counsel of record.

**New Orleans, Louisiana, this 21st day of February, 2024.**

                             *Susie Morgan*
                        **SUSIE MORGAN**
             **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 58.