UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2123** |
| **JAMES M LEBLANC, ET AL.,**  Defendants | **SECTION: "E" (2)** |

## ORDER

**IT IS ORDERED** that an in-person status conference is hereby set for Thursday, March 21, 2024, at 2:00 p.m.

**IT IS FURTHER ORDERED** that Gill Sperlein be allowed to participate by telephone. The Court will provide Mr. Sperlein with the instructions to participate.

New Orleans, Louisiana, this 18th day of March, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**