UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREE SPEECH COALITION, INC., ET AL., **Plaintiffs** | CIVIL ACTION |
| VERSUS | NO. 23-2123 |
| LIZ MURRILL, in her official capacity as the ATTORNEY GENERAL OF LOUISIANA, ET AL., **Defendants** | SECTION: "E" (2) |

## ORDER

Considering the Unopposed Motion to Withdraw Plaintiffs' Motion for Preliminary Injunction and Hold Case in Abeyance;[1]

**IT IS ORDERED** that Plaintiffs' Motion for Preliminary Injunction [2] is **WITHDRAWN** from the record without prejudice.

**IT IS FURTHER ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED**. Any party may file a written motion to reopen these proceedings once further relief is granted or denied by the Supreme Court of the United States.[3]

New Orleans, Louisiana, this 28th day of March, 2024.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 67.
[2] R. Doc. 9.
[3] *See* R. Docs. 67 at p. 3; 67-1.