

Certified as a true copy and issued
as the mandate on May 03, 2024
Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 11, 2024
Lyle W. Cayce
Clerk

No. 23-30780

FREE SPEECH COALITION, INCORPORATED; DEEP CONNECTION TECHNOLOGIES, INCORPORATED; CHARYN PFEUFFER; ELIZABETH HANSON; JFF PUBLICATIONS, L.L.C.,

*Plaintiffs—Appellants,*

versus

JAMES M. LEBLANC; JAY DARDENNE, *in his official capacity as the Commissioner of the Louisiana Division of Administration*; ATTORNEY GENERAL STATE OF LOUISIANA, *Jeffry Landry, in his official capacity*,

*Defendants—Appellees.*

―――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-2123

―――――――――――――――――――

### UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that Appellants' unopposed motion to dismiss the appeal without prejudice is GRANTED.